3

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRANDON IVAN PADILLA,<br>Defendant. | Case No. 26CR388-JLS<br><u>I N F O R M A T I O N</u> **SUPERSEDING**<br>Title 18, U.S.C., Sec. 1951 – Interference with Commerce by Robbery; Title 18, U.S.C., 924(c)(1)- Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence; Title 18, U.S.C., Sec. 2119 – Carjacking; Title 18, U.S.C., Secs. 981(a)(1)(C) and 924(d) and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

**<u>Count 1</u>**

**(Interference with Commerce by Robbery)**

**[18 U.S.C. § 1951]**

On or about November 21, 2024, within the Southern District of California, defendant BRANDON IVAN PADILLA, did knowingly and intentionally obstruct, delay and affect commerce and the movement of articles and commodities in commerce, by robbery as defined in Title 18, United States Code, Section 1951, in that defendant BRANDON IVAN PADILLA

did knowingly take and obtain approximately $320.00 of United States currency and a nitrous oxide cannister, each belonging to American Smoke Shop, from the presence of an American Smoke Shop employee, against that person's will, by means of actual and threatened force, violence, and fear of injury to the employee's person, and that American Smoke Shop's inventory traveled in interstate commerce; in violation of Title 18, United States Code, Section 1951.

**Count 2**

**(Use, Carrying and Brandishing a Firearm**
**During and in Relation to a Crime of Violence)**
**[18 U.S.C. § 924(c)(1)]**

On or about November 21, 2024, within the Southern District of California, defendant BRANDON IVAN PADILLA, during and in relation to a crime of violence for which defendant may be prosecuted in a court of the United States, namely, interference with commerce by robbery, the crime set forth in Count 1 of this Information, did knowingly use, carry and brandish a firearm; in violation of Title 18, United States Code, Section 924(c).

**Count 3**

**(Carjacking)**

On or about November 21, 2024, within the Southern District of California, defendant BRANDON IVAN PADILLA, took a motor vehicle, that is, a 2005 Honda Accord with vehicle identification number of 1HGCM66545A051544, that had been transported, shipped, and received in interstate and foreign commerce from the person or in the presence of A.R. by force and violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

**Count 4**

**(Carjacking)**

On or about November 25, 2024, within the Southern District of California, defendant BRANDON IVAN PADILLA, took a motor vehicle, that is, a 2013 Subaru WRX with vehicle identification number JF1GR7E68DG832456, that had been transported, shipped, and received in interstate and foreign commerce from the person or in the presence of J.M. by force and violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

**Count 5**

**(Carjacking)**

On or about November 25, 2024, within the Southern District of California, defendant BRANDON IVAN PADILLA, took a motor vehicle, that is, a 2006 Dodge Ram with vehicle identification number 3D7KR26C36G115102, that had been transported, shipped, and received in interstate and foreign commerce from the person or in the presence of J.G. by force and violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of Title 18, United States Code, Section 2119(1).

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1 through 5 are realleged and incorporated herein for purposes of seeking forfeiture to the United States pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count 1 of this Indictment defendant BRANDON IVAN PADILLA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C)

and Title 28, United States Code, Section 2461(c) all property, real and personal, which constitutes and is derived from proceeds traceable to the violation.

Upon conviction of one and more of the offenses set forth in Counts 1 and 2 of this Indictment defendant BRANDON IVAN PADILLA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) all firearms and ammunition involved in the commission of the offenses.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant BRANDON IVAN PADILLA (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 924(d), and Title 28, United States Code, Section 2461(c).

DATED: May 6, 2026

ADAM GORDON
United States Attorney

ANDREW SHERWOOD
JAMES REDD
Assistant U.S. Attorney